## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BROWN RUDNICK LLP,

    *Plaintiff and Defendant-in-Counterclaim*,

    v.

CHRISTOF INDUSTRIES GLOBAL GMBH
and FMT US INC.,

    *Defendants and Plaintiffs-in-Counterclaim*.

Civil Action No. 21-cv-11964

## JOINT MOTION FOR REFERRAL TO
## ALTERNATIVE DISPUTE RESOLUTION AND TO STAY DISCOVERY

Plaintiff and Defendant-in-Counterclaim Brown Rudnick ("Brown Rudnick") and Defendants and Plaintiffs-in-Counterclaims Christof Industries Global GmbH ("Christof Indus.") and FMT US, Inc. ("FMT") (collectively, "Defendants") jointly request that the Court (i) refer the above-captioned matter to mediation pursuant to Local Rule 16.4, and (ii) stay discovery during the pendency of that mediation. The parties also respectfully request that Magistrate Judge Judith G. Dein ("Judge Dein") or Magistrate Judge Jennifer C. Boal ("Judge Boal") be appointed as mediator. In further support thereof, the parties state as follows:

1. The parties have conferred through counsel and believe that formal mediation is an appropriate next step.

2. The parties have agreed to refer the above-captioned matter to mediation pursuant to Local Rule 16.4, provided Judge Dein or Judge Boal is appointed as mediator and the parties can agree on a mutually convenient date for the mediation.

1

3.      The parties also agree that it is in their mutual interest to stay discovery in this case

pending the completion of mediation to allow the parties to devote their energies to

the mediation process.

4.      In the event that the mediation process is unsuccessful, the parties propose that

they submit a revised discovery schedule for this matter within ten (10) days of the

completion of the mediation process.

5.      No party will be prejudiced by the requested relief.

WHEREFORE, the parties respectfully request that the Court issue an order referring this

Action to Magistrate Judge Dein or Judge Boal for mediation and staying discovery pending the

outcome of said mediation.


Respectfully submitted,

**BROWN RUDNICK LLP**

By its attorneys,
*/s/ James W. Stoll*
James W. Stoll (BBO #544136)
Blair M. Rinne (BBO #690563)
Stephanie P. Calnan (BBO# 699106)
Brown Rudnick LLP
One Financial Center Boston, MA 02111
Telephone: 617 856.8200
Facsimile: (617) 856-8201
JStoll@brownrudnick.com
BRinne@brownrudnick.com
SCalnan@brownrudnick.com


*/s/ Susan E. Cohen*
Susan E. Cohen (BBO#553353)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
617 951-4703
scohen@peabodyarnold.com

**CHRISTOF INDUSTRIES GLOBAL GMBH and FMT US, INC.**

By their attorneys,
*/s/ Rachel C. Hutchinson*
Benjamin J. Wish (BBO # 672743)
Rachel K. Hutchinson (BBO # 696739)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
bwish@toddweld.com
rhutchinson@toddweld.com

Dated:  August 10, 2022

## CERTIFICATE OF SERVICE

I, Rachel C. Hutchinson, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF).

/s/ Rachel C. Hutchinson
Rachel C. Hutchinson