UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROWN RUDNICK LLP,<br><br>*Plaintiff and Defendant-in-Counterclaim*,<br><br>v.<br><br>CHRISTOF INDUSTRIES GLOBAL GMBH and FMT US INC.,<br><br>*Defendants and Plaintiffs-in-Counterclaim.* | Civil Action No. 21-cv-11964 |

## DEFENDANTS AND PLAINTIFFS-IN-COUNTERCLAIM'S STATUS REPORT

In accordance with the Court's November 7, 2022 electronic order (ECF No. 63), Defendants and Plaintiffs-in-Counterclaim Christof Industries Global GmbH ("Christof") and FMT US, Inc. ("FMT") (collectively, "Defendants") respectfully submit this Status Report.

Defendants previously informed the Court that several of Christof's subsidiaries were in insolvency proceedings in Austria. On November 25, 2022, insolvency proceedings were opened against Christof itself. On February 14, 2023, Christof and its counsel will meet with the independent third-party administrator of the insolvency proceedings to discuss the above-captioned case. After that meeting, Christof will know whether it can proceed with the March 2, 2023 as planned, and will notify the Court and Brown Rudnick immediately.

Respectfully submitted,

**CHRISTOF INDUSTRIES GLOBAL GMBH and FMT US, INC.**

By their attorneys,
*/s/ Rachel C. Hutchinson*
Benjamin J. Wish (BBO # 672743)
Rachel K. Hutchinson (BBO # 696739)
TODD & WELD LLP

1

One Federal Street, 27th Floor  
Boston, MA 02110  
(617) 720-2626  
bwish@toddweld.com  
rhutchinson@toddweld.com  

Dated:  January 27, 2023

## CERTIFICATE OF SERVICE

    I, Rachel C. Hutchinson, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF).

*/s/ Rachel C. Hutchinson*  
Rachel C. Hutchinson
