**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BROWN RUDNICK LLP, <br><br> *Plaintiff and Defendant-in-Counterclaim,* <br><br> v. <br><br> CHRISTOF INDUSTRIES GLOBAL GMBH and FMT US INC., <br><br> *Defendants and Plaintiffs-in-Counterclaim.* | Civil Action No. 21-cv-11964-IT |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Federal Civil Procedure, Plaintiff and Defendant-in-Counterclaim Brown Rudnick and Defendants and Plaintiffs-in-Counterclaims Christof Industries Global GmbH and FMT US, Inc. hereby stipulate that the above-captioned action, *Brown Rudnick LLP v. Christof Industries Global GmbH and FMT US, Inc.*, Civil Action No. 1:21-cv-11964-IT, is dismissed with prejudice, with all rights of appeal waived.

Respectfully submitted this 22nd day of March, 2023.

| **BROWN RUDNICK LLP** | **CHRISTOF INDUSTRIES GLOBAL GMBH and FMT US, INC.** |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ *(signature)* <br> James W. Stoll (BBO #544136) <br> Blair M. Rinne (BBO #690563) <br> Stephanie P. Calnan (BBO# 699106) <br> Brown Rudnick LLP <br> One Financial Center Boston, MA 02111 <br> Telephone: (617) 856-8200 <br> JStoll@brownrudnick.com <br> BRinne@brownrudnick.com <br> SCalnan@brownrudnick.com | /s/ *Benjamin J. Wish* <br> Benjamin J. Wish (BBO # 672743) <br> Rachel K. Hutchinson (BBO # 696739) <br> TODD & WELD LLP <br> One Federal Street, 27th Floor <br> Boston, MA 02110 <br> (617) 720-2626 <br> bwish@toddweld.com <br> rhutchinson@toddweld.com |

1





Nicole L. Carnevale (BBO#710172)
Susan E. Cohen (BBO#553353)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617 951-4703
scohen@peabodyarnold.com
ncarnevale@peabodyarnold.com



## CERTIFICATE OF SERVICE

     I hereby certify that on March 22, 2023, I caused to be filed electronically a true copy of the foregoing document using the CM/ECF system which effected service of the same upon all counsel of record.

                                                 /s/ *Blair M. Rinne*
                                                 Blair M. Rinne